UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0101 WHA |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| VERNON WILLIAMS, and RONALD RAYNALDO, | |
| Defendant(s). | |

On October 14, 2014, the court entered a Preliminary Order of Forfeiture forfeiting the following property, one (1) Beretta 84BB, 9mm short caliber handgun, bearing serial number D47603Y; one (1) Bersa Thunder, .380 ACP caliber handgun, serial number removed; seven (7) rounds of Tulammo 380 ACP ammunition; four (4) rounds of Frontier 380 Auto ammunition, and ten (10) rounds of PMC 380 Auto ammunition, pursuant to Title 18, United States Code, Section 924(d).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: December 16, 2014.

_____
WILLIAM ALSUP
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 14-0101 WHA                                1